AO 442 (Rev. 5/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Connecticut

| United States of America | ) |
| --- | --- |
| v. | ) Case No. 0205 3:00CR00246-001 |
| Anthony Chavis | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without necessary delay

*(name of person to be arrested)* Anthony Chavis

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
On November 15, 2011, Anthony Chavis was arrested by the Massachusetts State Police and charged with: Cocaine Trafficking, Heroin Trafficking, Speeding, Alcohol from Open Container, Unlicensed Operation of Motor Vehicle, License not in Possession and Use of Motor Vehicle Without Permission.

Date: December 27, 2011

*Issuing Officer's signature*

Select an Officer

City and state: Select Location

| Return |
| --- |
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |